**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY L. CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DARRYL MEFFERD, by and through its personal representative, EVANGELINA HUMPHREY; EVANGELINA HUMPHREY, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; JEREMY CALLINAN, in his individual capacity as a law enforcement officer for the VALLEJO POLICE DEPARTMENT; ANDREW BIDOU, in his individual capacity as the chief of police for the VALLEJO POLICE DEPARTMENT; and DOES 1-50, inclusive.<br><br>Defendants | Case No.: 2:24-cv-02464-JAM-AC<br><br>**STIPULATION AND ORDER TO TEMPORARILY STAY CASE** |

WHEREAS, on November 7, 2025, Defendants filed a suggestion of death.

WHEREAS, on June 2, 2025, Plaintiff EVANGELINA HUMPHREY passed away.

WHEREAS, currently there must be probate proceeding to establish both the personal

- 1 -

representatives of the Estates of DARRYL MEFFERD and EVANGELINA HUMPHREY.

WHEREAS, there are multiple family members, heirs and potential personal representatives to both estates.

WHEREAS, Plaintiff's Counsels currently do not have a client and must wait for the probate situation to resolve and have learned that least one attorney has been hired to become involved with the probate issues.

WHEREAS, without a client, Plaintiff's counsel cannot litigate the case, hire experts or depose witnesses.

WHEREAS, the Current Case Schedule has:

Expert Discovery – January 2, 2026

Fact Cutoff – February 27, 2026

Rebuttal Experts – January 16, 2026

L/D File Dispositive Motions – April 24, 2026

Dispositive Motion Hearing – June 30, 2026

Pretrial Conference – August 28, 2026

Trial Date - October 19, 2026

WHEREAS, the parties both STIPULATE TO and REQUEST the Court to Order to vacate the case schedule and the case to abate while a personal representative is appointed to the ESTATES per *Aghaian v. Minassian*, 64 Cal. App.5th 603, 614 (App. 2 Dist. 2021).

DATE: November 24, 2025         POINTER & BUELNA, LLP
                                LAWYERS FOR THE PEOPLE

                                /s/ *Patrick Buelna*
                                PATRICK BUELNA
                                Attorney for PLAINTIFFS

DATE: November 24, 2025         CITY OF VALLEJO

                                /s/ *Katelyn Knight*    (AUTH 11/24/25)
                                KATELYN KNIGHT
                                Attorney for DEFENDANTS

**ORDER**

For the reasons stated by the parties in the above stipulation, and good cause having been shown, the Court hereby orders this action STAYED and orders all currently set dates in this matter be vacated.

The Court further orders the parties to file a joint status report within 14 days of the probate proceeding, pursuant to Federal Rules of Civil Procedure 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report. If the probate proceeding or other issues are not resolved by June 30, 2026, the parties are directed to file a joint status report no later than June 30, 2026, providing an update to the Court regarding the status of the probate proceedings and the date the parties anticipate the proceedings being completed.

**IT IS SO ORDERED**.

Dated: December 16, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE